ORIGINAL

FLORENCE T. NAKAKUNI   #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY   #4472
Chief, Special Crime Section

TRACY A. HINO   #3202
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2014

at ___ o'clock and 40 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>           Plaintiff,                )<br>                                     )<br>      vs.                            )<br>                                     )<br> JOSHU OSMANSKI,                      )<br>                                     )<br>           Defendant.                )<br>_____) | CR. NO. **CR14 00361HG**<br><br>INDICTMENT<br>[49 U.S.C. §§ 46314(a) &<br>46314(b)(2) |

### INDICTMENT

The Grand Jury charges that:

On or about January 26, 2013, in the District of Hawaii, JOSHU OSMANSKI, did knowingly and willfully enter an airport area that serves an air carrier in violation of passenger screening security procedures authorized by Title 49, United States Code,

Section 44901, with the intent to evade security procedures and restrictions.

In violation of Title 49, United States Code, Sections 46314(a) and 46314(b)(2).

DATED: March 25, 2014, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

TRACY A. HINO
Assistant U.S. Attorney

United States vs. Joshu Osmanski
Cr. No. _____
"Indictment"