IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00361 HG |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND NOTICE |
| | ) | |
| JOSHU OSMANSKI, | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Indictment  is now accepted and the Defendant is Adjudged Guilty of such offense(s).  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 10, 2014.



 /s/ Helen Gillmor_____
Helen Gillmor
United States District Judge