FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00361 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT OF NO OBJECTION TO |
| vs. | ) | DRAFT PRESENTENCE REPORT; |
| | ) | CERTIFICATE OF SERVICE |
| JOSHU OSMANSKI, | ) | |
| | ) | Date:  February 5, 2015 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge:  Hon. Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

Comes now the United States of America, by and through its attorneys, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

At this time, the Government has no additional proposed amendments, modifications, or additional factual information.

The Government reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Defendant.

DATED: December 15, 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


        /s/ Tracy A. Hino
By _____
   TRACY A. HINO
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**Served Electronically through CM/ECF:**

BIRNEY B. BERVAR        bbb@bervar-jones.com
Attorney for Defendant
  JOSHU OSMANSKI

**Served by Electronic Mail:**

DARSIE J.T. INGO-DODSON    darsie_ing-dodson@hip.uscourts.gov
U.S. Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room 2-300
Honolulu, Hawaii 96850


Dated: December 15, 2014, at Honolulu, Hawaii.


/s/ Valerie Domingo
_____
U.S. Attorney's Office
District of Hawaii